[No. 18253-0-II.    Division Two.    August 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES
M. DAWKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 94-1-00049-0, David E. Foscue, J.,
entered May 16, 1994. *Affirmed* by unpublished opinion
per Armstrong, J., concurred in by Houghton, A.C.J., and
Turner, J.

[No. 19067-2-II.    Division Two.    August 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
VICTOR CLINGEN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 94-1-00840-4, James D. Ladley, J., entered
January 17, 1995. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Seinfeld, C.J., and Turner, J.

[No. 19082-6-II.    Division Two.    August 16, 1996.]

PROVIDENCE MINISTRIES, *Appellant*, v. THE CITY OF
GIG HARBOR, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-2-08561-7, Thomas Felnagle, J., entered
January 9, 1996. *Affirmed in part* and *reversed in part* by
unpublished opinion per Seinfeld, C.J., concurred in by
Morgan and Turner, JJ.

[No. 19247-1-II.    Division Two.    August 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
WAYNE RICE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 94-1-01692-0, Thomas L. Lodge, J., entered
March 1, 1996. *Affirmed* by unpublished opinion per Arm-
strong, J., concurred in by Houghton, A.C.J., and Turner,
J.